**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 315 EAL 2021

           Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                          :

                                         :

CLINTON BROWN,                     :

           Petitioner                 :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 316 EAL 2021

           Respondent                  :

                                         :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                          :

                                         :

CLINTON BROWN,                     :

           Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.